IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY HOOVER, | ) | CASE NO. 8:09CV181 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| DHL WORLDWIDE EXPRESS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER came on for hearing on the Stipulation for Dismissal of the parties, and the Court being fully advised in the premises finds that the requested dismissal is appropriate;

IT IS THEREFORE ORDERED that the above entitled action be and the same hereby is dismissed with prejudice, each party to pay its own costs, a complete record waived.

DATED March 17, 2010.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Court Judge

00080918.DOC